FEBRUARY 27, 1970

No. ——. MUCIE v. MISSOURI. Sup. Ct. Mo. Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Robert G. Duncan* for applicant. *John C. Danforth,* Attorney General of Missouri, and *Dale L. Rollings,* Assistant Attorney General, in opposition.

No. ——. DAVIS v. SELECTIVE SERVICE BOARD No. 30. C. A. 5th Cir. Application for stay of induction presented to MR. JUSTICE BLACK, and by him referred to the Court, denied.

No. 36, Orig. TEXAS v. LOUISIANA. Motion for leave to file bill of complaint granted and State of Louisiana allowed 60 days to answer. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Houghton Brownlee, Jr.,* and *J. Arthur Sandlin,* Assistant Attorneys General, and *Price Daniel,* Special Assistant Attorney General, on the motion. *Jack P. F. Gremillion,* Attorney General of Louisiana, *John L. Madden* and *Edward M. Carmouche,* Assistant Attorneys General, and *Jacob H. Morris,* Special Assistant Attorney General, in opposition.

No. 74. TAGGART ET AL. v. WEINACKER'S INC. Sup. Ct. Ala. [Certiorari granted, 396 U. S. 813.] Motion for leave to file supplemental brief, after argument, granted. *Carl Taylor* and *Bernard Dunau* for petitioners on the motion.

No. 1296, Misc. LESTER v. GEORGIA; and
No. 1324, Misc. WHITE v. CARDWELL, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.